IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02564-CMA-KMT

GLOBAL CELLULAR, INC., a Georgia corporation,

    Plaintiff,

v.

OTTER PRODUCTS, LLC, a Colorado limited liability company,

    Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(2) and the Stipulated Motion to Dismiss (Doc. # 15) signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are DISMISSED WITHOUT PREJUDICE, each party to pay its own costs, expenses and attorneys' fees.

    DATED at Denver, Colorado, this __22nd__ day of November.

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge